IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:14cr095 |
| | ) | |
| MARVIN LEON HAMILTON | ) | |

ORDER

The Defendant having filed a Motion to Reset Sentencing Hearing showing the Court that the sentencing hearing currently scheduled for August 21, 2015 should be rescheduled for good cause, the present Motion (Doc. 23) is hereby GRANTED.

Sentencing in the captioned matter is hereby rescheduled for Thursday, August 20, 2015 at 2:00 p.m.

SO ORDERED this 11th day of August, 2015.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA